# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEROY WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIVERSAL TECHNICAL INSTITUTE, INC.,<br><br>  Defendants. | Case No. 1:19-cv-00873-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 5)<br><br>SIXTY DAY DEADLINE |

On August 15, 2019, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiff shall file dispositional documents within **sixty (60) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**August 15, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE

1